JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Art Karp,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TSC Accounts Receivable Solutions,<br><br>　　　　　Defendant. | No. 8:20-cv-00997-JAK-DFM<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE (DKT. 19)** |

Based on a review of the parties' Stipulation to Dismiss Action with Prejudice (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or his own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  April 8, 2021

_____
John A. Kronstadt
United States District Judge